IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEPHEN G. CONKLIN,** | CIVIL NO. 1:CV-10-2501 |
| Plaintiff | (Judge Rambo) |
| v. | (Magistrate Judge Blewitt) |
| **KRISTINE M. ANTHOU**, *et al.*, | |
| **Defendants** | |

# ORDER

Before the court is a June 16, 2011, report of the magistrate judge to whom this matter is referred. The magistrate judge recommends that Plaintiff's motion for stay pending appeal to the Third Circuit Court of Appeals (doc. 57) be denied. The magistrate judge further recommends that Plaintiff's request for a 10-day extension of time to respond to all pending motions to dismiss contained in the motion to stay be granted.[1] No objections to the report and recommendation have been filed.[2]

Upon consideration of the record before the court and the applicable law, **IT IS THEREFORE ORDERED THAT**:

1) The court adopts in part the report and recommendation of Magistrate Judge Blewitt.

2) The recommendation that Plaintiff's motion to stay (doc. 57) be denied is adopted and Plaintiff's motion to stay is denied.

---

[1] The court notes that Plaintiff has filed his responses to the motions to dismiss and a later request for an extension of time (doc. 60) was mooted by order of the magistrate judge on June 29, 2011 (doc. 65).

[2] Objections were due no later than July 5, 2011.

.

        3) The recommendation that Plaintiff's request for an extension of time to file responses to the motions to dismiss be granted is not adopted. Plaintiff has filed responses to the pending motions to dismiss and therefore the request is moot.

        4) This matter is remanded to Magistrate Judge Blewitt.

                                        s/Sylvia H. Rambo
                                        SYLVIA H. RAMBO
                                        United States District Judge

Dated: July 6, 2011.